**Order filed May 11, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00602-CV
_____

**CHRISTINE E. REULE, Appellant**

**V.**

**COLONY INSURANCE COMPANY, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-46357A**

## O R D E R

The clerk's record was filed August 15, 2011. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Appellant Christine Reule's Supplemental Response to the Motion for Summary Judgment filed by Colony Insurance Company.

The Harris County Harris Clerk is directed to file a supplemental clerk's record on or before **May 20, 2012**, containing Appellant Christine Reule's Supplemental Response to the Motion for Summary Judgment filed by Colony Insurance Company.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM